Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Robert E. Morelli, III (SBN 363123)
**SCHNEIDER WALLACE**
**COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
rmorelli@schneiderwallace.com

Colette Mahon (SBN 304745)
**LAWYERS FOR EMPLOYEE AND**
**CONSUMER RIGHTS, APC**
3500 West Olive Ave, Third Floor
Burbank, CA 91505
Phone: 323-375-5101
Fax: 323-306-5571
cmahon@lfecr.com

*Attorneys for Plaintiff, the State of California*
*and Aggrieved Employees*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN JONAS, on behalf of the State of California and Aggrieved Employees,<br><br>*Plaintiff,*<br><br>vs.<br><br>MERCER, FRASER COMPANY, and DOES 1 through 100, inclusive,<br><br>*Defendant(s).* | Case No.  1:26-cv-04666-PCP<br><br>**PLAINTIFF'S DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP**<br><br>Case Removed: May 18, 2026<br>Complaint filed: March 6, 2026<br><br>Trial Date: None Set<br><br>**DEMAND FOR JURY TRIAL** |

PLAINTIFF'S DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES AND PERSON, AND CITIZENSHIP
*Jonas v. Mercer, Fraser Company, et al.*, Case No. 1:26-cv-04666-PCP

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO DEFENDANT AND ITS COUNSEL OF RECORD**:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities have a financial interest in the subject matter in controversy that could be substantially affected by the outcome of this proceeding:

1.   Plaintiff Steven Jonas

2.   Schneider Wallace Cottrell Kim LLP

3.   Lawyers For Employee and Consumer Rights, APC

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Respectfully Submitted,

Date: June 17, 2026

*/s/ Robert E. Morelli, III*
Carolyn H. Cottrell
Ori Edelstein
Robert E. Morelli, III
**SCHNEIDER WALLACE COTTRELL KIM LLP**

Colette Mahon (SBN 304745)
**LAWYERS FOR EMPLOYEE AND CONSUMER RIGHTS, APC**

*Attorneys for Plaintiff, the State of California and Aggrieved Employees*

PLAINTIFF'S DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES AND PERSON, AND CITIZENSHIP
*Jonas v. Mercer, Fraser Company, et al.*, Case No. 1:26-cv-04666-PCP

**CERTIFICATE OF SERIVE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on June 17, 2026. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the Court's CM/ECF system.

Dated: June 17, 2026

*/s/ Robert E. Morelli, III*

2

PLAINTIFF'S DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES AND PERSON, AND CITIZENSHIP

*Jonas v. Mercer, Fraser Company, et al.*, Case No. 1:26-cv-04666-PCP