Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Robert E. Morelli, III (SBN 363123)
**SCHNEIDER WALLACE**
**COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
rmorelli@schneiderwallace.com

Colette Mahon (SBN 304745)
**LAWYERS FOR EMPLOYEE AND**
**CONSUMER RIGHTS, APC**
3500 West Olive Ave, Third Floor
Burbank, CA 91505
Phone: 323-375-5101
Fax: 323-306-5571
cmahon@lfecr.com

*Attorneys for Plaintiff, the State of California*
*and Aggrieved Employees*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JONAS, on behalf of the State of California and Aggrieved Employees,<br><br>*Plaintiff,*<br><br>vs.<br><br>MERCER, FRASER COMPANY, and DOES 1 through 100, inclusive,<br><br>*Defendant(s).* | Case No. 26-cv-04666-VC, Related to Case No. 26-cv-01216-VC<br><br>**PLAINTIFF'S NEW NOTICE OF MOTION AND MOTION TO REMAND PAGA ACTION**<br><br>Date: August 13, 2026<br>Time: 10:00 am<br>Courtroom 3, 17th Fl.<br><br>Case Removed: May 18, 2026<br>Complaint filed: March 6, 2026<br><br>Trial Date: None Set<br><br>**DEMAND FOR JURY TRIAL** |

PLAINTIFF'S NEW NOTICE OF MOTION AND MOTION TO REMAND PAGA ACTION
*Jonas v. Mercer, Fraser Company, et al.*, Case No. 26-cv-04666-VC, Related to Case No. 26-cv-01216-VC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on the above date and time, or as soon thereafter as the matter may be heard before the Honorable U.S. District Judge Vince Chhabria, Plaintiff Steven Jonas will and hereby does move this Court for an order remanding this action to the Superior Court of the State of California, County of Humboldt, from which it was removed.

This motion is made pursuant to 28 U.S.C. §1447 on the grounds that this Court lacks subject matter jurisdiction over this representative enforcement action brought under the California Private Attorneys General Act ("PAGA"), Cal. Lab. Code § 2698 *et seq.*

This motion is based on this New Notice, the previously filed Memorandum of Points and Authorities, the pleadings and papers on file in this action, and such further arguments as may be presented at the hearing.

Respectfully Submitted,

Date: July 6, 2026

*/s/ Robert E. Morelli, III*
Carolyn H. Cottrell
Ori Edelstein
Robert E. Morelli, III
**SCHNEIDER WALLACE
COTTRELL KIM LLP**

Colette Mahon (SBN 304745)
**LAWYERS FOR EMPLOYEE AND
CONSUMER RIGHTS, APC**

*Attorneys for Plaintiff, the State of California
and Aggrieved Employees*

PLAINTIFF'S NEW NOTICE OF MOTION AND MOTION TO REMAND PAGA ACTION
*Jonas v. Mercer, Fraser Company, et al.*, Case No. 26-cv-04666-VC, Related to Case No. 26-cv-01216-VC

**CERTIFICATE OF SERIVE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on July 6, 2026. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the Court's CM/ECF system.

Dated: July 6, 2026

*/s/ Robert E. Morelli, III*

PLAINTIFF'S NEW NOTICE OF MOTION AND MOTION TO REMAND PAGA ACTION
*Jonas v. Mercer, Fraser Company, et al.*, Case No. 26-cv-04666-VC, Related to Case No. 26-cv-01216-VC